■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO BATISTA, Appellant. [32 NYS3d 494]—Appeals having been taken to this Court by the above-named appellant from a judgments of the Supreme Court, Bronx County (Judith Lieb, J.), rendered March 19, 2015, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Mazzarelli, Manzanet-Daniels, Kapnick and Kahn, JJ.